UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

CINDY L. CARDONA,

              Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

              Defendant.

No.    CV-11-335-RHW

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The matter is

**REMANDED** for additional proceedings pursuant to sentence four of 42 USC §

405(g), and Judgment is entered for Plaintiff.

DATED:  August 8, 2013

SEAN F. McAVOY
Clerk of Court

By:  *s/Linda Emerson*
    Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**